IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN A. IRELAND,

    Plaintiff,                      No. CIV S-12-0488 JAM CKD P

    vs.

SHASTA COUNTY SHERIFF'S DEPT., et al.,

    Defendants.              ORDER

                              /

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On April 19, 2012, this court issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to timely file an in forma pauperis affidavit on the form used by the Sacramento Division of this district and a certified copy of his prison trust account. (Dkt. No. 7.)  On April 23, 2012, plaintiff filed these documents. (Dkt. No. 23.)  Accordingly, the court will vacate its April 19, 2012 recommendation that this action be dismissed.  The court will proceed to screen the complaint filed February 21, 2012. (Dkt. No. 1.)

////

////

1

     Accordingly, IT IS HEREBY ORDERED that the court's April 19, 2012 recommendation that this action be dismissed is VACATED.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
irel0488.vac